APPEAL,STAYED,TYPE−E

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:25−cv−00401−RCL
### *Internal Use Only*

JONES v. TRUMP et al  
Assigned to: Judge Royce C. Lamberth  
Related Case: 1:25−cv−00286−RCL  
Case in other court: USCA, 25−05101  
Cause: 28:1331 Fed. Question: Violation 5th & 8th Amendme

Date Filed: 02/10/2025  
Jury Demand: None  
Nature of Suit: 550 Prisoner Petition: Civil Rights (Other)  
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**JANE JONES**     represented by     **Alexander Shalom**
LOWENSTEIN SANDLER
1 Lowenstein Drive
Roseland, NJ 07068
862−926−2029
Email: ashalom@lowenstein.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Markiana Julceus**
LOWENSTEIN SANDLER LLP
One Lowenstein Drive
Roseland, NJ 07068
973−597−2500
Email: mjulceus@lowenstein.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Natalie J. Kraner**
LOWENSTEIN SANDLER LLP
One Lowenstein Drive
Roseland, NJ 07068
973−597−2500
Email: nkraner@lowenstein.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wayne Fang**
LOWENSTEIN SANDLER LLP
One Lowenstein Drive
Roseland, NJ 07068
973−597−2500
Email: wfang@lowenstein.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amy Whelan**
NATIONAL CENTER FOR LESBIAN RIGHTS
1401 21st St.
Ste #11548
Sacramento, CA 95811
415–365–1338
Email: awhelan@nclrights.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christopher F. Stoll**
NATIONAL CENTER FOR LESBIAN RIGHTS
1401 21st St.
Ste #11548
Sacramento, CA 95811
415–365–1320
Email: cstoll@nclrights.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jennifer Levi**
GLBTQ LEGAL ADVOCATES & DEFENDERS
18 Tremont Street
Suite 950
Boston, MA 02108
617–426–1350
Email: jlevi@glad.org
*ATTORNEY TO BE NOTICED*

**Sarah K. Austin**
GLBTQ LEGAL ADVOCATES & DEFENDERS
18 Tremont Street
Suite 950
Boston, MA 02108
617–426–1350
Email: saustin@glad.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jennifer Fiorica Delgado**
LOWENSTEIN SANDLER LLP
1251 Avenue of the Americas
New York, NY 10020
(646) 414–6962
Email: jdelgado@lowenstein.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**AMY JONES** represented by **Alexander Shalom**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Markiana Julceus**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Natalie J. Kraner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wayne Fang**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amy Whelan**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christopher F. Stoll**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jennifer Levi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah K. Austin**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jennifer Fiorica Delgado**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**DONNA JONES** represented by **Alexander Shalom**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

        **Markiana Julceus**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

        **Natalie J. Kraner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

        **Wayne Fang**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

        **Amy Whelan**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

        **Christopher F. Stoll**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

        **Jennifer Levi**
(See above for address)
*ATTORNEY TO BE NOTICED*

        **Sarah K. Austin**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

        **Jennifer Fiorica Delgado**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**CARLA JONES**      represented by      **Alexander Shalom**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

        **Markiana Julceus**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

        **Natalie J. Kraner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

        **Wayne Fang**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

        **Amy Whelan**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

        **Christopher F. Stoll**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

        **Jennifer Levi**
(See above for address)
*ATTORNEY TO BE NOTICED*

        **Sarah K. Austin**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

        **Jennifer Fiorica Delgado**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**BARBARA JONES**    represented by    **Alexander Shalom**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

        **Markiana Julceus**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

        **Natalie J. Kraner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

        **Wayne Fang**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amy Whelan**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christopher F. Stoll**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jennifer Levi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah K. Austin**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jennifer Fiorica Delgado**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**DONALD J. TRUMP**
*in his official capacity as President of the United States*
*TERMINATED: 02/28/2025*

represented by **Alexander James Yun**
U.S. Department of Justice
Federal Programs Branch
1100 L Street NW
Washington, DC 20005
202−305−8645
Email: Alex.Yun@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Robinson**
JACOBSON LAWYERS GROUP
1629 K Street NW, Suite 300
Washington, DC 20006
301−823−1148
Email: john@jacobsonlawyersgroup.com
*TERMINATED: 04/04/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

          **Elizabeth Brooke Layendecker**
U.S. DEPARTMENT OF JUSTICE
1100 L Street NW
Washington, DC 20005
771−217−8107
Email: elizabeth.b.layendecker@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **JAMES R. MCHENRY, III**<br>*in his official capacity as Acting Attorney General of the United States* | represented by | **Alexander James Yun**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **John Robinson**<br>(See above for address)<br>*TERMINATED: 04/04/2025*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Elizabeth Brooke Layendecker**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **WILLIAM LOTHROP**<br>*in his official capacity as Acting Director of the Federal Bureau of Prisons* | represented by | **Alexander James Yun**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **John Robinson**<br>(See above for address)<br>*TERMINATED: 04/04/2025*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Elizabeth Brooke Layendecker**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **PAMELA J. BONDI** | represented by | **Alexander James Yun**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **John Robinson**<br>(See above for address)<br>*TERMINATED: 04/04/2025*<br>*LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*

**Elizabeth Brooke Layendecker**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/10/2025 | 1 | COMPLAINT *(REDACTED)* against All Defendants ( Filing fee $ 405 receipt number ADCDC−11470734) filed by JANE JONES. (Attachments: # 1 Civil Cover Sheet)(Delgado, Jennifer) (Entered: 02/10/2025) |
| 02/10/2025 | 2 | NOTICE OF RELATED CASE by JANE JONES. Case related to Case No. 1:25−cv−286 and Moe v Trump, 1:25−cv−10195 (D. Mass). (Delgado, Jennifer) (Main Document 2 replaced on 2/11/2025) (znmw). (Entered: 02/10/2025) |
| 02/11/2025 | 3 | SEALED MOTION for Leave to Proceed Under Pseudonym *Proceed Under Pseudonym, Seal Documents, and for a Protective Order* by JANE JONES. (Delgado, Jennifer) Modified event on 2/11/2025 (znmw). (Entered: 02/11/2025) |
| 02/11/2025 | 4 | MEMORANDUM re 3 MOTION for Leave to Proceed Under Pseudonym , *Proceed Under Pseudonym and for a Protective Order* filed by JANE JONES by JANE JONES. (Delgado, Jennifer) (Entered: 02/11/2025) |
| 02/11/2025 | 5 | DECLARATION *of Jennifer Fiorica Delgado (REDACTED)* by JANE JONES re 3 MOTION for Leave to Proceed Under Pseudonym , *Proceed Under Pseudonym and for a Protective Order*. (Delgado, Jennifer) (Entered: 02/11/2025) |
| 02/11/2025 | 6 | DECLARATION *of Jane Jones (REDACTED)* by JANE JONES re 3 MOTION for Leave to Proceed Under Pseudonym , *Proceed Under Pseudonym and for a Protective Order*. (Delgado, Jennifer) (Entered: 02/11/2025) |
| 02/11/2025 | 7 | DECLARATION *of Lauren B. Meade M.D. and Curriculum Vitae* by JANE JONES re 3 MOTION for Leave to Proceed Under Pseudonym , *Proceed Under Pseudonym and for a Protective Order*. (Delgado, Jennifer) (Entered: 02/11/2025) |
| 02/11/2025 | 8 | NOTICE of Proposed Order by JANE JONES re 3 MOTION for Leave to Proceed Under Pseudonym , *Proceed Under Pseudonym and for a Protective Order* (Delgado, Jennifer) (Entered: 02/11/2025) |
| 02/11/2025 |  | NOTICE OF NEW CASE ERROR regarding 1 Complaint. The following error(s) need correction: Incorrect civil cover sheet. Please file the Civil Cover Sheet (JS44) form at www.dcd.uscourts.gov/new−case−forms & file using the event Civil Cover Sheet. For future filings, all parts of a motion must be uploaded to one motion docket entry, not filed separately. **COMPLIANCE DEADLINE is by close of business today. This case will not proceed any further until all errors are satisfied.** (znmw) (Entered: 02/11/2025) |
| 02/11/2025 | 9 | CIVIL COVER SHEET by JANE JONES filed by JANE JONES.(Delgado, Jennifer) (Main Document 9 replaced on 2/11/2025) (znmw). (Entered: 02/11/2025) |
| 02/11/2025 | 10 | WITHDRAWN PURSUANT TO NOTICE FILED 2/14/2025..... MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Jennifer L. Levi, Filing fee $ 100, receipt number ADCDC−11473108. Fee Status: Fee Paid. by JANE JONES. (Attachments: # 1 Declaration, # 2 Exhibit Certificate of Good Standing, # 3 Text of Proposed |

| | | |
|---|---|---|
| | | Order)(Delgado, Jennifer) Modified on 2/14/2025 (znmw). (Entered: 02/11/2025) |
| 02/11/2025 | 11 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Markiana J. Julceus, Filing fee $ 100, receipt number ADCDC–11473201. Fee Status: Fee Paid. by JANE JONES. (Attachments: # 1 Declaration, # 2 Exhibit Certificate of Good Standing, # 3 Text of Proposed Order)(Delgado, Jennifer) (Entered: 02/11/2025) |
| 02/11/2025 | 12 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Wayne Fang, Filing fee $ 100, receipt number ADCDC–11473211. Fee Status: Fee Paid. by JANE JONES. (Attachments: # 1 Declaration, # 2 Exhibit Certificate of Good Standing, # 3 Text of Proposed Order)(Delgado, Jennifer) (Entered: 02/11/2025) |
| 02/13/2025 | 13 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Sarah K. Austin, Filing fee $ 100, receipt number ADCDC–11479751. Fee Status: Fee Paid. by JANE JONES. (Attachments: # 1 Declaration, # 2 Exhibit Certificate of Good Standing, # 3 Text of Proposed Order)(Delgado, Jennifer) (Entered: 02/13/2025) |
| 02/13/2025 | 14 | MEMORANDUM OPINION AND ORDER: The Court accordingly ORDERS that: 1) Plaintiff's 3 Motion to Proceed Under Pseudonym, Partially Seal Documents, and for a Protective Order is GRANTED; 2) All parties shall use the pseudonym listed in the Complaint and redact information that would identify Plaintiff in all documents filed in this action; 3) Defendants shall not disclose Plaintiff's identity to any third party unless such disclosure is necessary to defend against this action; 4) Plaintiff's 1 redacted Complaint shall remain on the public docket; and 5) Within five days of this Order, Plaintiff shall file on the public docket: a) An unredacted version of her Complaint, filed under seal; and b) A declaration containing her real name and residential address, filed under seal. Signed by Chief Judge James E. Boasberg on 2/13/2025. (lcjeb4) (Entered: 02/13/2025) |
| 02/14/2025 | 15 | ENTERED IN ERROR....NOTICE OF WITHDRAWAL OF MOTION by JANE JONES re 10 MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Jennifer L. Levi, Filing fee $ 100, receipt number ADCDC–11473108. Fee Status: Fee Paid. (Delgado, Jennifer) Modified on 2/18/2025 (zdp). (Entered: 02/14/2025) |
| 02/14/2025 | | Case Assigned to Judge Royce C. Lamberth. (znmw) (Entered: 02/14/2025) |
| 02/14/2025 | | NOTICE OF NEW CASE ERROR regarding 1 Complaint. The following error(s) need correction: Missing summonses– U.S. government. When naming a U.S. government agent or agency as a defendant, you must supply a summons for each defendant & two additional summonses for the U.S. Attorney & U.S. Attorney General. Please submit using the event Request for Summons to Issue. (znmw) (Entered: 02/14/2025) |
| 02/18/2025 | | NOTICE OF ERROR regarding 15 Notice of Withdrawal of Motion. The following error(s) need correction: Incorrect format (Letter)– correspondence is not permitted (LCvR 5.1(a)). Please refile. (zdp) (Entered: 02/18/2025) |
| 02/18/2025 | 16 | REQUEST FOR SUMMONS TO ISSUE filed by JANE JONES. (Attachments: # 1 Summons, # 2 Summons, # 3 Summons)(Delgado, Jennifer) (Entered: 02/18/2025) |
| 02/18/2025 | 17 | NOTICE OF WITHDRAWAL OF MOTION by JANE JONES (Delgado, Jennifer) (Entered: 02/18/2025) |
| 02/18/2025 | 18 | SEALED DOCUMENT filed by JANE JONES re 14 Order,,,, Memorandum & Opinion,,, (This document is SEALED and only available to authorized persons.)(Delgado, Jennifer) (Entered: 02/18/2025) |

9

| | | |
|---|---|---|
| 02/18/2025 | 19 | SEALED DOCUMENT filed by JANE JONES re 14 Order,,,, Memorandum & Opinion,,, (This document is SEALED and only available to authorized persons.)(Delgado, Jennifer) (Entered: 02/18/2025) |
| 02/20/2025 | 20 | SUMMONS (4) Issued Electronically as to WILLIAM LOTHROP, JAMES R. MCHENRY, III, DONALD J. TRUMP, AND U.S. Attorney (zdp) (Entered: 02/20/2025) |
| 02/21/2025 | 21 | MOTION for Temporary Restraining Order , MOTION for Preliminary Injunction by JANE JONES. (Attachments: # 1 Memorandum in Support (REDACTED), # 2 Declaration of Jennifer Fiorica Delgado (REDACTED), # 3 Declaration of Jane Jones (REDACTED), # 4 Declaration of Lauren B Meade M.D. and Curriculum Vitae, # 5 Text of Proposed Order)(Delgado, Jennifer) (Entered: 02/21/2025) |
| 02/21/2025 | 22 | SEALED DOCUMENT filed by JANE JONES(This document is SEALED and only available to authorized persons.) (Attachments: # 1 Declaration of Jennifer Fiorica Delgado, # 2 Declaration of Jane Jones)(Delgado, Jennifer) (Entered: 02/21/2025) |
| 02/21/2025 | 23 | DECLARATION *of Jennifer Fiorica Delgado (Supplemental)* by JANE JONES re 21 MOTION for Temporary Restraining Order MOTION for Preliminary Injunction . (Attachments: # 1 Exhibit A – Email exchange (REDACTED))(Delgado, Jennifer) (Entered: 02/21/2025) |
| 02/22/2025 | 24 | Memorandum in opposition to re 21 Motion for TRO,, Motion for Preliminary Injunction, *(Redacted)* filed by DONALD J. TRUMP, JAMES R. MCHENRY, III, WILLIAM LOTHROP. (Attachments: # 1 Declaration of Rick Stover, # 2 Text of Proposed Order)(Robinson, John) (Entered: 02/22/2025) |
| 02/22/2025 | 25 | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by DONALD J. TRUMP, JAMES R. MCHENRY, III, WILLIAM LOTHROP (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Defendants' Response to Plaintiff's Motion for TRO, # 2 Declaration of Rick Stover, # 3 Text of Proposed Order)(Robinson, John) (Entered: 02/22/2025) |
| 02/24/2025 | 26 | REPLY to opposition to motion re 21 Motion for TRO,, Motion for Preliminary Injunction, *(REDACTED)* filed by JANE JONES. (Attachments: # 1 Declaration of Lauren Meade, M.D. (Supplemental) (REDACTED), # 2 Exhibit A – 2020 Article, # 3 Exhibit B – 2022 Study)(Delgado, Jennifer) (Entered: 02/24/2025) |
| 02/24/2025 | 27 | ENTERED IN ERROR.....SEALED REPLY TO OPPOSITION filed by JANE JONES re 21 Motion for TRO,, Motion for Preliminary Injunction, (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Declaration of Lauren Meade, M.D. (Supplemental), # 2 Exhibit A, # 3 Exhibit B)(Delgado, Jennifer) Modified on 2/25/2025 (zdp). (Entered: 02/24/2025) |
| 02/24/2025 | 28 | ORDER granting 21 Motion for TRO and Preliminary Injunction: It is hereby ORDERED that the plaintiff's Motion is GRANTED; and it is further ORDERED that the defendants are hereby enjoined from implementing Sections 4(a) and 4(c) of Executive Order 14168 against Plaintiff Jane Jones, pending further Order of this Court; and it is further ORDERED that, pending further Order of this Court, the defendants shall maintain and continue the plaintiff's housing status and medical care as they existed immediately prior to January 20, 2025. Signed by Judge Royce C. Lamberth on 2/24/2025. (lcrcl3) (Entered: 02/24/2025) |
| 02/24/2025 | 29 | |

|  |  |  |
|---|---|---|
|  |  | ORDER granting 13 Motion for Leave to Appear Pro Hac Vice **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a)** Click for instructions. Signed by Judge Royce C. Lamberth on 2/24/2025. (lcrcl3) (Entered: 02/24/2025) |
| 02/24/2025 | 30 | ORDER granting 11 Motion for Leave to Appear Pro Hac Vice **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a)** Click for instructions. Signed by Judge Royce C. Lamberth on 2/24/2025. (lcrcl3) (Entered: 02/24/2025) |
| 02/24/2025 | 31 | ORDER granting 12 Motion for Leave to Appear Pro Hac Vice **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a)** Click for instructions. Signed by Judge Royce C. Lamberth on 2/24/2025. (lcrcl3) (Entered: 02/24/2025) |
| 02/25/2025 |  | NOTICE OF ERROR regarding 27 Sealed Reply,. The following error(s) need correction: Incorrect court case number. Please refile. (zdp) (Entered: 02/25/2025) |
| 02/25/2025 | 32 | Amended MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Jennifer L. Levi, Filing fee $ 100, receipt number ADCDC–11502692. Fee Status: Fee Paid. by JANE JONES. (Attachments: # 1 Declaration, # 2 Supplement Statement, # 3 Exhibit Certificate of Good Standing, # 4 Text of Proposed Order)(Delgado, Jennifer) (Entered: 02/25/2025) |
| 02/25/2025 | 33 | SEALED REPLY TO OPPOSITION filed by JANE JONES re 21 Motion for TRO,, Motion for Preliminary Injunction, (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Declaration of Lauren Meade, M.D. (Supplemental), # 2 Exhibit A, # 3 Exhibit B)(Delgado, Jennifer) (Entered: 02/25/2025) |
| 02/26/2025 | 34 | ORDER granting 32 Motion for Leave to Appear Pro Hac Vice **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a)** Click for instructions. Signed by Judge Royce C. Lamberth on 2/26/2025. (lcrcl3) (Entered: 02/26/2025) |
| 02/28/2025 | 35 | AMENDED COMPLAINT against All Defendants filed by JANE JONES, AMY JONES, DONNA JONES, CARLA JONES, BARBARA JONES.(Delgado, Jennifer) (Entered: 02/28/2025) |
| 02/28/2025 | 36 | SEALED DOCUMENT filed by AMY JONES, DONNA JONES, CARLA JONES, BARBARA JONES, JANE JONES(This document is SEALED and only available to authorized persons.)(Delgado, Jennifer) (Entered: 02/28/2025) |
| 02/28/2025 | 37 | MOTION for Temporary Restraining Order , MOTION for Preliminary Injunction by AMY JONES, DONNA JONES, CARLA JONES, BARBARA JONES, JANE JONES. (Attachments: # 1 Memorandum in Support (REDACTED), # 2 Declaration of Jennifer Fiorica Delgado, # 3 Declaration of Amy Jones (REDACTED), # 4 Declaration of of Barbara Jones (REDACTED), # 5 Declaration of Carla Jones (REDACTED), # 6 Declaration of Donna Jones (REDACTED), # 7 Text of Proposed Order)(Delgado, Jennifer) (Entered: 02/28/2025) |
| 02/28/2025 | 38 | ENTERED IN ERROR.....SEALED MOTION filed by AMY JONES, DONNA JONES, CARLA JONES, BARBARA JONES, JANE JONES (Attachments: # 1 Declaration of Amy Jones, # 2 Declaration of Barbara Jones, # 3 Declaration of Carla Jones, # 4 Declaration of Donna Jones)(Delgado, Jennifer) Modified on 3/6/2025 (zdp). |

| | | |
|---|---|---|
| | | (Entered: 02/28/2025) |
| 02/28/2025 | 39 | MOTION to Proceed Under Pseudonym, Seal Documents, and for a Protective Order by AMY JONES, DONNA JONES, CARLA JONES, BARBARA JONES, JANE JONES. (Attachments: # 1 Memorandum in Support, # 2 Declaration of Jennifer Fiorica Delgado, # 3 Declaration of Amy Jones (REDACTED), # 4 Declaration of Barbara Jones (REDACTED), # 5 Declaration of Carla Jones (REDACTED), # 6 Declaration of Donna Jones (REDACTED), # 7 Text of Proposed Order)(Delgado, Jennifer) (Entered: 02/28/2025) |
| 02/28/2025 | 40 | SEALED DOCUMENT filed by AMY JONES, DONNA JONES, CARLA JONES, BARBARA JONES, JANE JONES(This document is SEALED and only available to authorized persons.) (Attachments: # 1 Declaration of Barbara Jones, # 2 Declaration of Carla Jones, # 3 Declaration of Donna Jones)(Delgado, Jennifer) (Entered: 02/28/2025) |
| 02/28/2025 | 41 | NOTICE of Appearance by Sarah K. Austin on behalf of AMY JONES, DONNA JONES, CARLA JONES, BARBARA JONES, JANE JONES (Austin, Sarah) (Entered: 02/28/2025) |
| 02/28/2025 | 48 | SEALED DOCUMENT filed by JAMES R. MCHENRY, III, WILLIAM LOTHROP. re 25 Sealed Motion for Leave to File Document Under Seal,. (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Declaration)(zdp) (Entered: 03/06/2025) |
| 03/01/2025 | 42 | RESPONSE re 37 MOTION for Temporary Restraining Order MOTION for Preliminary Injunction filed by PAMELA BONDI, WILLIAM LOTHROP. (Attachments: # 1 Exhibit 1 Declaration of Rick Stover (redacted), # 2 Exhibit 2 BOP Memorandum, # 3 Text of Proposed Order)(Robinson, John) (Entered: 03/01/2025) |
| 03/01/2025 | 43 | SEALED DOCUMENT filed by PAMELA BONDI, WILLIAM LOTHROP re 42 Response to motion, (This document is SEALED and only available to authorized persons.)(Robinson, John) (Entered: 03/01/2025) |
| 03/01/2025 | 44 | ENTERED IN ERROR.....REPLY to opposition to motion re 37 Motion for TRO,, Motion for Preliminary Injunction, filed by AMY JONES, DONNA JONES, CARLA JONES, BARBARA JONES, JANE JONES. (Delgado, Jennifer) Modified on 3/6/2025 (zdp). (Entered: 03/01/2025) |
| 03/03/2025 | 46 | ORDER granting 37 Motion for TRO and Preliminary Injunction: It is hereby ORDERED that the plaintiffs' Motion is GRANTED; and it is further ORDERED that the defendants are hereby enjoined from implementing Sections 4(a) and 4(c) of Executive Order 14168 against Plaintiffs Amy, Barbara, Carla, and Donna Jones, pending further Order of this Court; and it is further ORDERED that, pending further Order of this Court, the defendants shall maintain and continue the plaintiffs' housing status and medical care as they existed immediately prior to January 20, 2025. Signed by Judge Royce C. Lamberth on 3/3/2025. (lcrcl3) (Entered: 03/03/2025) |
| 03/04/2025 | 47 | ORDER granting 39 Motion to proceed under pseudonyms, to partially seal documents, and for a protective order. See Order for details. Signed by Judge Royce C. Lamberth on 3/3/3035. (lcrcl3) (Entered: 03/04/2025) |
| 03/06/2025 | | NOTICE OF ERROR regarding 44 Reply to opposition to Motion, 38 SEALED MOTION filed by AMY JONES, DONNA JONES, CARLA JONES, BARBARA JONES, JANE JONES. The following error(s) need correction: Incorrect format |

12

| | | |
|---|---|---|
| | | (Letter)– correspondence is not permitted (LCvR 5.1(a)). Please refile. (zdp) (Entered: 03/06/2025) |
| 03/06/2025 | 49 | NOTICE of Appearance by Markiana Julceus on behalf of All Plaintiffs (Julceus, Markiana) (Entered: 03/06/2025) |
| 03/06/2025 | 50 | NOTICE of Appearance by Wayne Fang on behalf of All Plaintiffs (Fang, Wayne) (Entered: 03/06/2025) |
| 03/12/2025 | 52 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Amy Whelan, Filing fee $ 100, receipt number ADCDC–11538044. Fee Status: Fee Paid. by AMY JONES, DONNA JONES, CARLA JONES, BARBARA JONES, JANE JONES. (Attachments: # 1 Declaration, # 2 Exhibit Certificate of Good Standing, # 3 Text of Proposed Order)(Delgado, Jennifer) (Entered: 03/12/2025) |
| 03/12/2025 | 53 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Christopher Stoll, Filing fee $ 100, receipt number ADCDC–11538048. Fee Status: Fee Paid. by AMY JONES, DONNA JONES, CARLA JONES, BARBARA JONES, JANE JONES. (Attachments: # 1 Declaration, # 2 Exhibit Certificate of Good Standing, # 3 Text of Proposed Order)(Delgado, Jennifer) (Entered: 03/12/2025) |
| 03/14/2025 | 54 | ORDER granting 53 Motion for Leave to Appear Pro Hac Vice **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a)** Click for instructions. Signed by Judge Royce C. Lamberth on 3/13/2025. (lcrcl3) Modified to correct date signed on 3/17/2025 (smc). (Entered: 03/14/2025) |
| 03/14/2025 | 55 | ORDER granting 52 Motion for Leave to Appear Pro Hac Vice **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a)** Click for instructions. Signed by Judge Royce C. Lamberth on 3/13/2025. (lcrcl3) Modified to correct date signed on 3/17/2025 (smc). (Entered: 03/14/2025) |
| 03/19/2025 | 56 | NOTICE of Appearance by Jennifer Levi on behalf of AMY JONES, DONNA JONES, CARLA JONES, BARBARA JONES, JANE JONES (Levi, Jennifer) (Entered: 03/19/2025) |
| 03/19/2025 | 57 | NOTICE of Appearance by Amy Whelan on behalf of All Plaintiffs (Whelan, Amy) (Entered: 03/19/2025) |
| 03/19/2025 | 58 | NOTICE of Appearance by Christopher F. Stoll on behalf of All Plaintiffs (Stoll, Christopher) (Entered: 03/19/2025) |
| 03/31/2025 | 59 | NOTICE of Appearance by Elizabeth Brooke Layendecker on behalf of All Defendants (Layendecker, Elizabeth) (Main Document 59 replaced on 4/1/2025) (zdp). (Entered: 03/31/2025) |
| 04/01/2025 | 60 | NOTICE of Appearance by Alexander James Yun on behalf of All Defendants (Yun, Alexander) (Main Document 60 replaced on 4/1/2025) (zdp). (Entered: 04/01/2025) |
| 04/02/2025 | 61 | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 28 Order on Motion for TRO,,, Order on Motion for Preliminary Injunction,, 46 Order on Motion for TRO,,, Order on Motion for Preliminary Injunction,, by PAMELA J. BONDI, WILLIAM LOTHROP. Fee Status: No Fee Paid. Parties have been notified. (Layendecker, Elizabeth) (Entered: 04/02/2025) |
| 04/02/2025 | 62 | Transmission of the Notice of Appeal, Order Appealed (Memorandum Opinion), and Docket Sheet to US Court of Appeals. The Court of Appeals docketing fee was not |

| | | |
|---|---|---|
| | | paid because the appeal was filed by the government re 61 Notice of Appeal to DC Circuit Court,. (zdp) (Entered: 04/02/2025) |
| 04/03/2025 | | USCA Case Number 25−5101 for 61 Notice of Appeal to DC Circuit Court, filed by PAMELA J. BONDI, WILLIAM LOTHROP. (zdp) (Entered: 04/04/2025) |
| 04/04/2025 | 63 | NOTICE OF WITHDRAWAL OF APPEARANCE as to PAMELA J. BONDI, WILLIAM LOTHROP, JAMES R. MCHENRY, III. Attorney John Robinson terminated. (Robinson, John) (Entered: 04/04/2025) |
| 04/14/2025 | 64 | NOTICE of Appearance by Alexander Shalom on behalf of All Plaintiffs (Shalom, Alexander) (Entered: 04/14/2025) |
| 04/30/2025 | 65 | Consent MOTION to Stay by PAMELA J. BONDI, WILLIAM LOTHROP, JAMES R. MCHENRY, III, DONALD J. TRUMP. (Attachments: # 1 Text of Proposed Order)(Yun, Alexander) (Entered: 04/30/2025) |
| 05/08/2025 | 66 | NOTICE of Appearance by Natalie J. Kraner on behalf of All Plaintiffs (Kraner, Natalie) (Entered: 05/08/2025) |
| 05/13/2025 | 67 | ORDER: Upon consideration of the consent Motion 65 to Stay Proceedings, and the entire record herein, it is hereby ORDERED that the Motion is GRANTED; and it is further ORDERED that all proceedings in this case are STAYED until August 30, 2025, except as to any motions to extend or renew the preliminary injunctions, any issue that may arise from compliance with those preliminary injunctions, the entry of any protective order, any motions to amend the complaint to add new plaintiffs and for preliminary injunctive relief regarding those plaintiffs, and other case management issues. Signed by Judge Royce C. Lamberth on 05/12/2025. (lcrcl2) (Entered: 05/13/2025) |
| 05/16/2025 | 68 | Unopposed MOTION for Preliminary Injunction *(Renewed)* by AMY JONES, BARBARA JONES, CARLA JONES, DONNA JONES, JANE JONES. (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order)(Delgado, Jennifer) (Entered: 05/16/2025) |
| 05/22/2025 | 69 | ORDER: Upon consideration of the unopposed Motion 68 for a Renewed Preliminary Injunction and the entire record herein, it is hereby ORDERED that the Motion is GRANTED; and it is further ORDERED that the defendants are ENJOINED from implementing Sections 4(a) and 4(c) of Executive Order 14168 against the plaintiffs from May 25, 2025 to August 23, 2025; and it is further ORDERED that, during that period, the defendants shall maintain and continue the plaintiffs' housing status in women's facilities and shall continue to provide their gender dysphoria treatment as it existed immediately prior to January 20, 2025. See Order for details. Signed by Judge Royce C. Lamberth on 05/22/2025. (lcrcl2) (Entered: 05/22/2025) |
| 06/04/2025 | 70 | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 69 Order on Motion for Preliminary Injunction,, by JAMES R. MCHENRY, III, DONALD J. TRUMP, WILLIAM LOTHROP, PAMELA J. BONDI. Fee Status: No Fee Paid. Parties have been notified. (Yun, Alexander) (Entered: 06/04/2025) |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JANE JONES, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>PAMELA BONDI, in her official capacity as Attorney General of the United States, *et al.*,<br><br>Defendants. | No. 1:25-cv-401 |

## NOTICE OF APPEAL

Defendants hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from this Court's Order granting Plaintiffs' Motion for a Renewed Preliminary Injunction. (ECF No. 69).

Dated: June 4, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

ALEX HAAS
Director, Federal Programs Branch

JEAN LIN
Special Litigation Counsel

/s/ *Alexander J. Yun*
ALEXANDER J. YUN
ELIZABETH B. LAYENDECKER
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, NW
Washington D.C. 20005
(202) 674-0255
Alex.Yun@usdoj.gov

*Counsel for Defendants*

15

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**JANE JONES**, *et al.*,

    *Plaintiffs*,

v.

**PAMELA J. BONDI**, *in her official capacity as* Attorney General of the United States, *et al.*,

    *Defendants*.

Case No. 1:25-cv-401-RCL

## ORDER

This Court entered two preliminary injunctions in this dispute on February 24, 2025 [ECF No. 28] and March 3, 2025 [ECF No. 46]. These injunctions will expire on May 25, 2025 and June 1, 2025, respectively.

On May 16, 2025, the plaintiffs moved for the Court to enter a new preliminary injunction, providing the same relief as the prior injunctions, to begin on May 25, 2025 and end on August 23, 2025. *See* Mot. for Renewed Preliminary Injunction, ECF No. 68. The defendants indicated in their own Motion to Stay Proceedings that they do not oppose extending the preliminary injunction. *See* Mot. to Stay Proceedings 2 n.1, ECF No. 65 ("If Plaintiffs move to renew these two preliminary injunctions for 90 days, Defendants would not oppose it."). Neither is the Court aware of any newly discovered factual circumstances that would necessitate a reassessment of the Court's prior holding that the plaintiffs have met their burden for preliminary injunctive relief or a reevaluation of the terms of that relief.

Therefore, upon consideration of the unopposed Motion for a Renewed Preliminary Injunction and the entire record herein, it is hereby

1

**ORDERED** that the plaintiffs' Motion is **GRANTED**; and it is further

**ORDERED** that the defendants are hereby enjoined from implementing Sections 4(a) and 4(c) of Executive Order 14168 against the plaintiffs in this action for the period from May 25, 2025 to August 23, 2025; and it is further

**ORDERED** that, for that period, the defendants shall maintain and continue the plaintiffs Jane Jones, Amy Jones, Donna Jones, Carla Jones, and Barbara Jones' housing status in women's facilities and shall continue to provide their gender dysphoria treatment as it existed immediately prior to January 20, 2025.

In accordance with the Prison Litigation Reform Act, the Court finds that this preliminary injunction is narrowly drawn, extends no further than necessary to correct the harm that the Court finds requires preliminary relief, and is the least intrusive means necessary to correct that harm. 18 U.S.C. § 3626(a)(2). The plaintiffs have shown a substantial likelihood of success on their claims that implementation of sections 4(a) and 4(c) as to them is or would be unlawful and is causing or would cause them immediate, irreparable harm. Because applying Sections 4(a) and 4(c) to the plaintiffs would cause this serious and irreparable harm, a preliminary injunction preventing the implementation of those sections as to the plaintiffs is necessary to correct the harm and is the least intrusive means necessary to do so. Furthermore, because this preliminary injunction prevents the implementation of only those sections of the Order for which the plaintiffs have demonstrated a likelihood of success on the merits and immediate, irreparable harm if a preliminary injunction is not entered, this Order extends no further than necessary to correct the harm that requires this preliminary relief.

Finally, this Court has considered any adverse impact on public safety or on the operation of the criminal justice system caused by this relief and has given substantial weight to such

2

impacts. *Id.* After this consideration, the Court has concluded and so finds that no adverse impacts on public safety or the operation of the criminal justice system will result from maintaining the status quo of the plaintiffs' medical care and housing status while this litigation proceeds.

Date: May 22, 2025

*[signature]*
Royce C. Lamberth
United States District Judge

3